ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Honeywell International, Inc. | ) ASBCA No. 63518 |
| | ) |
| Under Contract No. F04701-02-D-0006 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Nicole J. Owren-Wiest, Esq.
                                  Erin N. Rankin, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Samuel W. Morris, Esq.
                                    DCMA Chief Trial Attorney
                                  Amelia R. Lister-Sobotkin, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Chantilly, VA

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $54,720,005. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from August 9, 2022 until date of payment.

Dated: March 3, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                   I concur


J. REID PROUTY                             OWEN C. WILSON
Administrative Judge                       Administrative Judge
Vice Chairman                              Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63518, Appeal of Honeywell
International, Inc., rendered in conformance with the Board's Charter.

      Dated:  March 3, 2023


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals